

# CONDON // FORSYTH

Direct Dial: (212) 894-6758<br>
Direct Fax: (212) 370-4453<br>
mlefland@condonlaw.com

February 14, 2020

**VIA FACSIMILE**

Hon. Joseph A. Dickson
United States Magistrate Judge
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07107

Re: Anatoly Davydov v. Scandinavian Airlines System
Civil Action: No. 2:19 Civ. 17628 (MCA) (SCM)
C&F Ref: BJB/35264

Dear Judge Dickson:

The undersigned represents Defendant Scandinavian Airlines System Denmark-Norway-Sweden, sued herein as Scandinavian Airlines System a/k/a SAS, d/b/a Scandinavian Airlines of North America, Inc. ("SAS"). In accordance with Local Rule 101.1 and Your Honor's Individual Practices, we respectfully move for the admission *pro hac vice* of Bartholomew J. Banino. In support of the motion, we attach the Certification of Bartholomew J. Banino, the Certification of Marissa N. Lefland, and a Proposed Order.

Counsel for Plaintiff has consented to this application.

Respectfully submitted,

CONDON & FORSYTH LLP

By *[signature]*
Marissa N. Lefland

cc: Marc S. Moller, Esq. (by e-mail)
*Kreindler & Kreindler LLP*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ANATOLY DAVYDOV, :

           Plaintiff, :

v. : No. 2:19 Civ. 17628 (MCA) (SCM)

SCANDINAVIAN AIRLINES :
SYSTEM a/k/a SAS, d/b/a
SCANDINAVIAN AIRLINES OF :
NORTH AMERICA, INC.,

:

           Defendants.

---

I, BARTHOLOMEW J. BANINO, hereby certify and state:

    1.    I am an attorney-at-law admitted to the Bar of the State of New York. I am a partner of the firm Condon & Forsyth LLP, attorneys for Defendant SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN (sued herein as "SCANDINAVIAN AIRLINES SYSTEM a/k/s SAS, d/b/a SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC.") (hereinafter "SAS"), in the above-captioned matter. I make this Certification in support of Defendant SAS's motion for my admission as counsel *pro hac vice* in this matter.

    2.    I have been a member in good standing of the Bar of the State of New York since 1998.

3. Attached as Exhibit "A" is a list of the bars in which I am admitted to practice and the name and address of the official or office maintaining the roll of the members of its bar.

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

6. If admitted *pro hac vice*, my co-counsel Marissa N. Lefland at Condon & Forsyth LLP, who is authorized to practice law in this Court, will file all pleadings, briefs, and other papers with the Court.

7. If admitted *pro hac vice*, I understand that Marissa N. Lefland, who is authorized to practice law in the state of New Jersey, will make all court appearances unless otherwise excused by the Court.

8. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

9. I further agree to abide by Local Civil Rule 101.1(c), as well as all other Local Civil Rules, and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2020

_____
Bartholomew J. Banino

## EXHIBIT A

### Attorney Admissions for Bartholomew J. Banino

| Court | Date | Office Contact: |
|---|---|---|
| Southern District of New York | 3/16/1999 | Attorney Services<br>United States District Court<br>Southern District of New York<br>Thurgood Marshall United States Courthouse<br>40 Foley Square - Room 105<br>New York, NY 10007<br>212-805-0800 |
| Eastern District of New York | 4/7/1999 | Attorney Admissions<br>United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East - Room 517<br>Brooklyn, NY 11201<br>(718) 613-2285 |
| Second Circuit Court of Appeals | 5/17/2001 | Clerk of the Court<br>Second Circuit Court of Appeals<br>Attorney Admissions<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007<br>212-857-8603 |
| Eastern District of Michigan | 8/8/2001 | U.S. District Court<br>Clerk's Office<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226<br>313-234-5000 |
| Eleventh Circuit Court of Appeals | 11/18/2004 | David J. Smith<br>Clerk of Court<br>U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6122 |
| Northern District of Illinois | 10/20/2006 | Attorney Admissions<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br>(312) 435-5771 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANATOLY DAVYDOV, :

        Plaintiff, :

    v. : No. 2:19 Civ. 17628 (MCA) (SCM)

SCANDINAVIAN AIRLINES :
SYSTEM a/k/a SAS, d/b/a
SCANDINAVIAN AIRLINES OF :
NORTH AMERICA, INC.,
         :
        Defendants.

I, MARISSA N. LEFLAND, hereby certify as follows:

1.    I am an attorney-at-law of the State of New Jersey admitted to practice in this Court, and an associate of the law firm of Condon & Forsyth LLP, attorneys for Defendant SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN (sued herein as "SCANDINAVIAN AIRLINES SYSTEM a/k/s SAS, d/b/a SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC.") (hereinafter "SAS"), in the above-captioned matter. I make this Certification in support of SAS's motion to have Bartholomew J. Banino appear in this matter *pro hac vice* on behalf of SAS.

2. I understand that all notices, orders and pleadings will be served upon me and that I am responsible for promptly notifying my specially-admitted colleague of my receipt of such papers.

3. I understand further that only I, or another lawyer in my firm who is also a member in good standing of the United States District Court for the District of New Jersey, may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

4. If admitted *pro hac vice*, Bartholomew J. Banino will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2020

*/s/ Marissa Lefland*<br>
Marissa N. Lefland