UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| ANATOLY DAVYDOV, | : |
| Plaintiff, | : |
| v. | : No. 2:19 Civ. 17628 (MCA) (JAD) |
| SCANDINAVIAN AIRLINES SYSTEM a/k/a SAS, d/b/a SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC., | : : |
| Defendants. | : |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically filed the Notice of Defendant Scandinavian Airlines System's Motion to Dismiss, along with the supporting Memorandum of Law, Declaration of Marissa N. Lefland with annexed Exhibits 1–4, Declaration of Ole Schroder with annexed Exhibit A, and Proposed Order, using this Court's CM/ECF system, which will automatically send electronic copies of the foregoing papers to all counsel of record.

Dated: New York, New York
        March 13, 2020

CONDON & FORSYTH LLP

By /s/ Marissa N. Lefland
Marissa N. Lefland
mlefland@condonlaw.com
Bartholomew J. Banino
(admitted *pro hac vice*)
bbanino@condonlaw.com

7 Times Square
New York, New York 10036
Tel: (212) 490-9100
Fax: (212) 370-4453

*Attorneys for Defendant*
*SCANDINAVIAN AIRLINES SYSTEM*